Order Filed on
12/20/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>TEICH GROH<br>691 State Highway 33<br>Trenton, New Jersey 08619<br>Phone: 609-890-1500<br>ALLEN I. GORSKI, ESQUIRE<br>Attorney for Debtors | |
| In Re:<br><br>WILLIAM P. BARAN | Case No.: 09-37513-MBK<br><br>Hearing Date: ~~November 8,~~ December 20, 2010 @ 10:00 A.M.<br><br>Judge:  Michael B. Kaplan |

## ORDER COMPELLING DISCHARGE OF MORTGAGE

The relief set forth on the following pages numbered two (2) through two (2) is hereby

**ORDERED**

DATED: 12/20/2010

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page Two
Debtor: William P. Baran
Case No: 09-37513-MBK
Order Compelling Discharge of Mortgage

---

This matter having come before the Court, Allen I. Gorski, Esquire, Teich Groh appearing on behalf of the Debtor, William P. Baran, Jr. and the Court having reviewed the moving papers and having heard arguments of counsel and having reviewed the Certification of Allen I. Gorski, and for good cause shown,

**IT IS** hereby **ORDERED** as follows:

1. Auburn Loan Servicing, Inc., Granite Community Bank, Custodian FBO Richard Gustafson IRA and/or T & M Commercial Funding shall discharge of record the mortgage on William P. Baran's property at 51 Division Street, Port Reading, New Jersey, recorded in Mortgage Book 13506, Page 0854, dated April 29, 2009, recorded July 30, 2009 in the original amount of $60,000.00.

2. If the Discharge of Mortgage is not provided to Debtor's counsel in form for recording within seven (7) days, Allen I. Gorski, Esquire, is hereby appointed as attorney-in-fact to execute a Discharge of this Mortgage of record.

3. ~~Teich Groh shall be awarded $1,000.00 in counsel fees and costs to be paid by the mortgage holder for post-closing services rendered in connection with discharging the mortgage of record. This $1,000.00 shall be paid by Auburn Loan Servicing or Granite Community Bank, Custodian FBO Richard Gustafson IRA or assignee, Polycomp Administrative Services or T & M Commercial Funding, within ten (10) days of the date of this Order.~& Teich Groh may submit a certification of Services with respect to the counsel fees and costs incurred in this matter, with such fees and costs to be paid by respondents to this motion.

*Approved by Judge Michael Kaplan December 20, 2010*