Order Filed on
3/24/2011
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

TEICH GROH
691 State Highway 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Email: agorski@teichgroh.com
Attorneys for the Debtor
ALLEN I. GORSKI, ESQUIRE

In Re:

WILLIAM P. BARAN,

　　　　　　　　Debtor(s).

Chapter 11

Case No.: 09-37513-MBK

Judge: Michael B. Kaplan

## ORDER AUTHORIZING COMPENSATION TO COURT APPOINTED SPECIAL COUNSEL

The relief set forth on the following page(s) one (1) through two (2) is hereby ORDERED.

DATED: 3/24/2011

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: William P. Baran
Case No: 09-37513-MBK
Caption of Order: Order Authorizing Compensation to Court Appointed Special Counsel

This matter having been brought before the Court upon the first interim fee application of Nochumson PC, for an Order seeking compensation for services performed; and it appearing that no objections were filed in opposition to said fees; and good cause appearing for the making of this Order;

**IT IS HEREBY ORDERED:**

1. That Alan Nochumson, Esquire, Nochumson, PC, be and is hereby awarded fees on its September 15, 2010 invoice of $5,262.50 and costs of $274.90.

2. That Alan Nochumson, Esquire, Nochumson, PC, be and is hereby awarded fees on its December 1, 2010 invoice of $275.00.

3. That Alan Nochumson, Esquire, Nochumson, PC shall apply the $2,500.00 being held in trust, to the outstanding fees due and owing Nochumson, PC for the September 15, 2010 and December 1, 2010 invoices reducing the balance due and owing to $3,312.40, which balance shall be paid as a Chapter 11 Administrative Expense to be paid by the Debtor from the funds on hand.

*Approved by Judge Michael Kaplan March 24, 2011*